TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-07-00519-CV






John Koo-Hyun Kim, Appellant


v.


Walnut Creek Crossing Apartment Manager's Supervisors; Luena Valendate; Kiri Leddis;
and President Evan Griffiths, Westdale Asset Management, Appellees






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT

NO. D-1-GN-07-001648, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING





O R D E R

PER CURIAM

 Appellant has filed a petition seeking emergency relief from a notice of eviction. He
styles his request a "prayer for writ of certiorari." See Tex. R. App. P. 52 (governing extraordinary
relief in courts of appeals). We deny appellant's request for emergency relief. 


Before Chief Justice Law, Justices Puryear and Pemberton

Filed: December 14, 2007